**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------X

In re:                           Chapter 11

  FairPoint Communications, Inc., et al.,   Case No: 09-16335 (BRL)


                Debtors.

------------------------------X


**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

IN RE: NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC
Case No: 09-16365

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED JANUARY 21, 2010, DOCUMENT #378 (SEE LEAD CASE), DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.